UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE BALLOU,<br><br>     Plaintiff,<br>  v.<br><br>JAMES MCELVAIN, et al.,<br><br>     Defendants. | CASE NO. C19-5002JLR<br><br>ORDER VACATING ORDERS |

Because this matter is presently on appeal (*see* Not. of App. (Dkt. # 73)), the court VACATES the July 10, 2020, order resetting the trial date to a date uncertain following January 1, 2022 (*see* 7/10/20 Order (Dkt. # 80)).  The court will set a new trial date, if

//

//

//

//

//

ORDER - 1

1  necessary, and related case schedule deadlines, following completion of the appeal.

2  Dated this 14th day of September, 2020.

[signature]

JAMES L. ROBART
United States District Judge