UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE BALLOU,

               Plaintiff,

    v.

JAMES MCELVAIN, *et al.*,

               Defendants.

CASE NO. 3:19-cv-05002-DGE

ORDER SETTING SETTLEMENT CONFERENCE

This matter is before the Court on referral from the district court for purposes of conducting a settlement conference. *See* Dkt. 95. The settlement conference shall be held in-person on September 28, 2022, at 8:00 a.m. P.S.T. in Courtroom D. A second conference, if needed, shall be held on September 30, 2022, at 9:00 a.m. P.S.T. in Courtroom D.

The parties are ordered to **each** submit to this Court's chambers, but not file, a settlement memo no later than 4:30 p.m., **September 19, 2022.** Each settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo but should include only those attachments critical to the explanation provided in the memo. **The**

**memos are to be exchanged between the parties** and, at a minimum, include (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; and (3) the status of any outstanding motions. These materials may be emailed to fernando_nunez@wawd.uscourts.gov.

Parties are instructed to ensure the attendance of a person with authority to settle the case on the date of the scheduled settlement conference.

Dated this 1st day of September, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge