UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE BALLOU,

                Plaintiff,

     v.

JAMES MCELVAIN,

                Defendant.

CASE NO. 3:19-cv-05002-DGE

ORDER ON STIPULATED
MOTION TO CONTINUE
DEADLINE TO FILE MOTIONS IN
LIMINE  (DKT. NO. 116)

This matter comes before the Court on the parties' stipulated Motion to Continue
Deadline to File Motions in Limine.  (Dkt. No. 116.)

Having reviewed the Motion and the remainder of the record, the Court hereby ORDERS
the deadline to file motions in limine is continued to October 4, 2023.  All other deadlines (Dkt.
No. 102) remain unchanged.  The Parties are reminded to follow the requirements of Local Rule
7(d)(4) when filing their motions in limine.  It also is recommended that any opposition to the
opposing party's motions in limine should follow the same format so the Court can easily track
the arguments for and against a particular motion in limine.

ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE TO FILE MOTIONS IN LIMINE  (DKT. NO.
116) - 1

1          Dated this 13th day of September 2023.

2

3

_____

David G. Estudillo
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE TO FILE MOTIONS IN LIMINE  (DKT. NO. 116) - 2