UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>                        Plaintiff,<br><br>            v.<br><br>JAMES MCELVAIN, PH.D., in his individual and representative capacity; and CITY OF VANCOUVER, a municipal corporation,<br><br>                    Defendants. | CASE NO.  3:19-CV-05002-DGE<br><br><br>TRIAL EXHIBIT LIST |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|---|---|---|---|---|---|
| 1 | COV Article II (Dep Ex. 176) | X | | 403 (issue of law) | NO |
| 2 | COV Article III (Dep Ex. 175) | X | | 403 (issue of law) | 11/14/2023 |
| 3 | COV Article XI (Dep Ex. 177) | X | | 403 (issue of law) | NO |
| 4 | VPD Policy 343  (Dep Ex. 19) | | x | | 11/07/2023 |
| 5 | VPD Policy Manual 902 ; IA Investigations (Dep Ex. 56) | | x | | 11/07/2023 |
| 6 | VPD IA Affairs Investigations Manual (Dep Ex. 57) | | x | | 11/07/2023 |
| 7 | Discipline guide from Policy Manual; Dep Ex 58 | | x | | 11/07/2023 |
| 8 | COV Interview Panel Member Training (Dep Ex. 167) | x | | 402, 403 Def.'s MIL B.5 | NO |
| 9 | VPD Policy Manual (Dep Ex. 141) | | x | | 11/07/2023 |
| 10 | Vancouver Municipal Code re Adoption of Personnel Policies (Dep Ex. 178) | | x | | 11/07/2023 |
| 11 | Vancouver Municipal Code re Administration (Dep Ex. 179) | | x | | 11/07/2023 |
| 12 | 5/29/08: Olson Memo re Ballou complaint of sex  harassment (Dep Ex. 154) | x | | 402, 403 Def.'s MIL B.2 | NO |
| 13 | 6/17/08: Dobbs Memo re Loudermill Hearing (Dep Ex. 156) | | | 402, 403 Def.'s MIL B.2 | NO |
| 14 | 1/3/09: Ballou Email re Representation for IA Interview (Dep Ex. 155) | x | | 402, 403 Def.'s MIL B.2 | NO |
| 15 | 1/28/09: Landwehr Email re Failure to Report Complaint (Dep Ex. 157) | x | | 402, 403 Def.'s MIL B.2 | NO |
| 16 | 6/29/09: Sustained findings for failure to report harassment complaint by Ballou against Kipp; IAC 2008-282, (Dep Ex. 158) | x | | 402, 403 Def.'s MIL B.2 | NO |
| 17 | Timeline of events by Kistler ; 2013-2019 (Dep Ex. 121) | | | 402, 403, 602, 802, 901 | NO |
| 18 | 1/9/13: Kistler Email to Holmes, Mercier re ICMA Assessment (Dep Ex. 136) | x | | 402, 403, 404(b). 602 Def.'s MIL B.3 | NO |
| 19 | 1/25/13: Kistler Email to Sutter re Hostile Work Environment (Dep Ex. 138) | x | | 402, 403, 404(b) Def.'s MIL B.3 | NO |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|---|---|---|---|---|---|
| 20 | 2013 Kistler Interview IAC 2013-0031 Notes (Dep Ex. 137) | | | 402, 403, 404(b) , 901 Def.'s MIL B.3 | NO |
| 21 | 5/15/13: Investigation Report re IAC 2013-0031 (Dep Ex. 170) | x | | 402, 403, 404(b) Def.'s MIL B.3 | NO |
| 22 | 1/14/14: Schuman Office Correspondence Re IAC 2013-0031 (Dep Ex. 194) | x | | 402, 403, 404(b), 802 Def.'s MIL B.3 | 11/09/2023 |
| 23 | 4/2/14: Chapman letter to McElvain re Watson Investigation (Dep Ex. 204) | x | | 402, 403, 404(b) | NO |
| 24 | 5/6/14: McElvain Office Correspondence re Admin Review findings 2014-0001 (Dep Ex. 205) | x | | 402, 403, 404(b) | NO |
| 25 | 5/7/14: Kistler Email to Sutter re John Key (Dep Ex. 139) | x | | 402, 403, 802 | NO |
| 25-1 | 5/7/14: Kistler Email to Sutter re John Key (Dep Ex. 139) | | | | 11/13/2023 |
| 26 | 2016: Luse memo re retali25-1ation against Luse and Foster (Dep Ex. 73) | | | 402, 403, 802, 901 | NO |
| 27 | 12/11/15: McNicholas rebuttal memo re investigation (Dep Ex. 34) | x | | 402, 403, 802 | NO |
| 28 | 4/22/16: Email from Columbian re Gender Disparities Within City of Vancouver (Dep Ex. 195) | x | | 402, 403, 802 | NO |
| 29 | 7/16/16: Foster Complaint to Holmes re sex discrimination and impact on IA (Dep Ex. 102) | x | | 402, 403, 802 | 11/14/2023 |
| 30 | 7/18/16: Kistler agreement with Foster re sex discrimination and impact on IA (Dep Ex. 103) | x | | 402, 403, 802 | 11/14/2023 |
| 31 | 9/23/16: Kistler objection to Marcella Reed IA because bias re Foster (Dep Ex. 104) | | X | | 11/07/2023 |
| 32 | 9/8/16: Emails with King and Kistler re distrust at VPD. (Dep Ex. 108) | | x | | 11/07/2023 |
| 33 | 1/2017 – 12/31/19: City of Vancouver and VPG Agreement (Dep Ex. 184) | | x | | 11/07/2023 |
| 34 | 1/20/17 King notes of meeting w Holmes re sex discrimination (Dep Ex. 109) | | x | | 11/07/2023 |
| 35 | 3/19/17: Email from citizen to Ballou re Days Inn Hotel (Dep Ex. 7) | | x | | 11/07/2023 |
| 36 | 3/20/17: MFR Report into Foster and Kistler complaints of sex discrimination and retaliation against McElvain (Dep Ex. 33) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|---|---|---|---|---|---|
| 37 | 3/27/17: Report to McElvain re Report on Gender issues raised by Kistler and Foster (Dep Ex. 107) | | x | | 11/07/2023 |
| 38 | 3/28/17: Amended IAC 2017-0027 to Trumpf for failing to take action on report of crime (Dep Ex. 23) | | x | | 11/07/2023 |
| 39 | Trumpf response to IAC 2017-0027 (Dep Ex. 24) | | x | | 11/07/2023 |
| 40 | 6/12/17: Musser report re Skeeter "training incident" (Dep Ex. 36) | x | | 402, 403 Def. MIL B.4 | NO |
| 41 | 7/14/07: King notes of meeting with Holmes (Dep Ex. 110) | x | | 402, 403, 601, 802 | NO |
| 42 | 9/5/17: Musser interview regarding report against Skeeter (IAC 2017-0062  (Dep Ex. 37) | x | | 402, 403, 613 Def. MIL B.4 | NO |
| 43 | 10/31/17: Findings re Musser Complaint against Skeeter; 2017-0062   (Dep Ex. 38) | x | | 402, 403 Def. MIL B.4 | 11/8/2023 |
| 44 | 12/8/17: Email Exchange re Panel Training Observations re Hamlin (Dep Ex. 150) | x | | 402, 403 Def. MIL B.5 | NO |
| 45 | 12/13/17: Letter re IAC 2017-0061 (Dep Ex. 172) | x | | 402, 403 Def. MIL B.4 | 11/08/2023 |
| 46 | 12/19/17: Rodriguez Email re Panel Member Training (Dep Ex. 151) | x | | 402, 403 Def. MIL B.5 | NO |
| 47 | 2/26/18 NOI for IAC 2018-34 – Ballou (Dep Ex. 3) | | x | | 11/07/2023 |
| 48 | 9/6/17: Foster Email to Sutter opposing sex discrimination by Hamlin in Libbey promotion process (Dep Ex. 51) | x | | 402, 403 Def.'s MIL B.7 | NO |
| 49 | 11/15/17: Sgt Eligibility List (Dep Ex. 21) | | x | | 11/07/2023 |
| 50 | 11/21/17: Debra Quinn Complaint against City of Vancouver et al. (Dep Ex. 202) | x | | 402, 403, Def.'s MIL B.1 | NO |
| 51 | 11/25/17: CAD call for Burglary call at residence (Dep Ex. 22) | | x | | 11/07/2023 |
| 52 | 12/6/17: Report about Hamlin's opposition to bias training (Dep Ex. 106) | | | 402, 403, 901 Def. MIL B.5 | NO |
| 53 | 2/12/18 IAC 2018-34; Trumpf IA against Ballou re not writing report for residential burg (Dep Ex. 49) | | x | | 11/07/2023 |
| 54 | IA findings 2018-31 (Musser 2/17/18 Complaint against Ballou re JC Penny (Dep Ex. 41) | | x | | 11/07/2023 |
| 55 | 2/22/18: Email to King and Luse re major complaint re Ballou (Dep Ex. 113) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 56 | 2/28/18: Foster interview IAC 2017-115 (Dep Ex. 105) | x | | 402, 403, 613 Def.'s MIL B.7 | NO |
| 57 | 2/23/18: Email from Kennedy to King and others re IAC 2018-34 not being "major: (Dep Ex. 75) | | x | | 11/07/2023 |
| 58 | 3/1/18: NOI for IAC 2018-31) (JC Penny) Ballou (Dep Ex. 40) | | x | | 11/07/2023 |
| 59 | 3/2/18: Foster email to Sutter re No report from Ruder (Dep Ex. 98) | | x | | 11/07/2023 |
| 60 | 3/2/18: Emails re Report for Ruder's Rape call and Firstwatch  (Dep Ex. 60) | | x | | 11/07/2023 |
| 61 | 3/2/18: Ruder Report re Rape call (Dep Ex. 118) | | X | | 11/07/2023 |
| 62 | 3/26/18: King email to staff re Firstwatch (Dep Ex. 61) | | x | | 11/07/2023 |
| 63 | 4/7/18: Sgt Johns NOI re IAC 2017-0125 (Dep Ex. 144) | | x | | 11/07/2023 |
| 64 | 4/25/18: Kipp Email to Ballou re Subject of IAC 2018-0034 (Dep Ex. 142) | | x | | 11/07/2023 |
| 65 | 4/25/18: McElvain Email re Investigation Method (Dep Ex. 152) | x | | 402, 403 Def.'s MIL B.7 | NO |
| 66 | 4/26/18: Lester, King and Kistler email re no reports in Firstwatch (Dep Ex. 63) | | x | | 11/07/2023 |
| 67 | 4/26/18: Sutter and Lester email re no reports for burglaries (Dep Ex. 62) | x | | 403, 602 | 11/13/2023 |
| 68 | 5/2/18: Foster email opposing sex discrimination in IA process and workplace rules (Dep Ex. 54) | x | | 402, 403 Def.'s MIL B.7 | 11/20/2023 |
| 69 | 5/8/18; IA Interview by Barb Kipp of Ballou (Dep Ex. 5) | | x | | 11/07/2023 |
| 70 | 5/12/18 Emails with Olson ad Ballou re report for Victoria's Secret (Dep Ex. 8) | | x | | 11/07/2023 |
| 71 | 5/17/18: King assigns Luse as decisionmaker for Ballou IAs 2018-34 and minor (Dep Ex. 76) | | x | | 11/07/2023 |
| 72 | 5/31/18: Ballou response to IA 2018-34 (Dep Ex. 4) | | x | | 11/07/2023 |
| 73 | 6/11/18: King provides input on Luse findings on Ballou (Dep Ex. 78) | | X | | 11/07/2023 |
| 74 | 6/11/18: King sends Legal and Chiefs office proposed disc for Ballou (Dep Ex. 80) | x | | 402, 403, 602 | NO |
| 75 | 6/12/18: AC meeting re  2018-34 IA (Dep Ex. 82) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 76 | 6/13/18 Notice of Findings for IAC 2018-34 and 2018-74 (Dep Ex. 6) | | x | | 11/07/2023 |
| 77 | 6/14/18: Notice of Personnel Action IAC 2018-34 (Dep Ex. 10) | | x | | 11/07/2023 |
| 78 | 6/14/18: Email re Ballou not requesting Loudermill (Dep Ex. 85) | | x | | 11/07/2023 |
| 79 | 6/14/18: Email by King re final findings (Dep Ex. 86) | | x | | 11/07/2023 |
| 80 | 6/26/18: King and Lester email re no reports (Dep Ex. 68) | X | | 402, 403, 602, 802 | NO |
| 81 | 7/2/18: King email to Ballou to attend training as a supervisor (Dep Ex. 111) | | x | | 11/07/2023 |
| 82 | 7/2/18: Add'l King Email with Ballou re promotion and training (Dep Ex. 112) | | x | | 11/07/2023 |
| 83 | 7/3/18: McElvain Email promoting Jennings to Sergeant (Dep Ex. 70) | | x | | 11/07/2023 |
| 84 | 7/3/18: McElvain email re Ruder, Ballou and discrimination (Dep Ex. 66) | | X | | 11/07/2023 |
| 85 | 7/4/18: NOI to Ruder for IAC 2018-115 (Dep Ex. 117) | | x | | 11/07/2023 |
| 86 | 7/9/18: Ballou email with Holmes and McElvain opposing failure to promote / sex discrimination (Dep Ex. 11) | | x | | 11/07/2023 |
| 87 | 7/19/18 Emails w Ballou and McElvain re promotion decision (Dep Ex. 1) | | x | | 11/07/2023 |
| 88 | 7/30/18: Chief Training Bulletin re report writing (Dep Ex. 65) | X | | 407 | 11/07/2023 |
| 89 | 7/30/18 Email between Olson and Michelson re adjustment of offense code (Dep Ex. 124) | | | 602, 802, 901 | NO |
| 90 | 7/18 Olson investigation of Ballou's complaint re double standards (Dep Ex. 165) | | x | | 11/07/2023 |
| 91 | Incident Reports re calls with no reports (Dep Ex. 20) | | | 602, 802, 901 | NO |
| 92 | Notes of IA interview with Price re  2018-115 / Ruder (Dep Ex. 90) | | X | | 11/07/2023 |
| 93 | 8/17/18: King Interview with re Ruder IA for no report (IAC 2018-115) (Dep Ex. 69) | x | | 613 | NO |
| 94 | 8/28/18: McElvain Interview w Bolasina re IAC 2018-0120 (Dep Ex. 201) | | x | | 11/07/2023 |
| 95 | 9/17/2018: Trumpf statement to Bolasina about IA (Dep Ex. 26) | x | | 613 | NO |
| 96 | 9/17/18:  Lester interview with Bolasina  re IA (Dep Ex. 64) | x | | 613 | NO |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|---|---|---|---|---|---|
| 97 | 9/19/18 note re complaint by Ballou about Trumpf "not needing another harassment complaint." (Dep Ex. 31) | | | 602, 802, 901 | NO |
| 98 | 9/20/18: Jeff Olson Statement (Dep Ex. 164) | x | | 613 | 11/14/2023 |
| 99 | 9/21/18: Price Interview re IAC 2018-0115 (Dep Ex. 168) | x | | 613 | NO |
| 100 | 9/26/18: Foster IA interview re IAC 2018-115 (Dep Ex. 96) | x | | 613 | NO |
| 101 | 9/28/18: King interview with Bolasina (Dep Ex. 67) | x | | 613 | NO |
| 102 | 9/28/18: Foster Interview with Bolasina re Ballou complaint of discrimination (IAC 2018-0120 and 0121) (Dep Ex. 95) | x | | 613 | NO |
| 103 | Bolasina Billing Statements (Dep Ex. 200) | | x | | 11/07/2023 |
| 104 | 10-5-18: Ruder IA Interview re IAC 2018-115 (Dep Ex. 119) | x | | 613 | NO |
| 105 | 10/18/18: NOI re IAC 2018-0175 (Dep Ex. 146) | | x | | 11/07/2023 |
| 106 | 10/18/18: Report re IAC 2018-175 against Ballou and skeeter re Facebook posts (Dep Ex. 42) | | X | | 11/07/2023 |
| 107 | 10/19/18: Kipp Statement (Dep Ex. 143) | x | | 613 | 11/16/2023 |
| 108 | 10/19/18: NOI re IAC 2018-0175 (Dep Ex. 173) | | X | | 11/7/2023 |
| 109 | 10/22/18: Kistler IA Interview re IAC 2018-120, 121 (Dep Ex. 122) | x | | 613 | NO |
| 110 | 10/25/18: NOI re IAC 2018-0180 (Dep Ex. 145) | | x | | 11/07/2023 |
| 111 | 10/25/18: Sutter Interview Notes re Ballou (Dep Ex. 153) | x | | 613, 802 | NO |
| 112 | 11/6/18: Musser Interview re IAC 2018-075 (Dep Ex. 43) | | x | | 11/07/2023 |
| 113 | 11/15/18: Sutter Interview Notes (Dep Ex. 149) | x | | 403, 802 Def.'s MIL B.7 | NO |
| 114 | 18: Kistler notes for Bolasina Interview (Dep Ex. 123) | | | 802, 901 | 11/09/2023 |
| 115 | 11/15/18: Luse statement to Bolasina: (Dep Ex. 87) | x | | 403, 802 | NO |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 116 | 11/16/18: IAC Final Report on Ruder IAC (Dep Ex. 91) | | x | | 11/07/2023 |
| 117 | 11/28/18: Rodriguez Follow-Up to Dean Investigation Report (Dep Ex. 189) | x | | 403, 802 Def.'s MIL B.6 | NO |
| 118 | 11/30/18: Kistler Email to Holmes re IAC 2018-0194 (Dep Ex. 182) | x | | 403, 802 | 11/09/2023 |
| 119 | 12/5/18: Le forwards HR concerns of Hamlin using IA process to retaliation against Foster for opposing gender bias (Dep Ex. 100) | x | | 403, 802 | NO |
| 120 | 12/5/18 (Le emails to HR and Legal re Foster's complaint of retaliatory IA's filed against her re Libbey (Dep Ex. 52) | x | | 403, 802 | NO |
| 121 | 12/6/18: Foster Description of Disparate FTO/SO Findings (Dep Ex. 125) | | | 403, 613, 802, 901 | NO |
| 122 | 12/6/18: Hatley Response to IAC Assignment for Kistler Complaint (Dep Ex. 126) | | | 403, 602, 802, 901 | NO |
| 123 | 12/6/18: Kistler Complaint IAC 2018-0200 (Dep Ex. 127) | x | | 403, 602 Def.'s MIL B.7 | NO |
| 124 | 12/14/18: Foster Complaint against Chief for retaliation for (Dep Ex. 53) | x | | 403 Def.'s MIL B.7 | NO |
| 125 | 12/14/18: Foster Emails to Holmes re IAC 2018-0194/2018-0201 (Dep Ex. 128) | x | | 403 Def.'s MIL B.7 | 11/09/2023 |
| 126 | 12/14/18: Kistler Email to Holmes re Second Investigation IAC 2018-0194 (Dep Ex. 129) | x | | 403 Def.'s MIL F | 11/09/2023 |
| 127 | 12/17/18: Foster Email to Holmes re IAC 2018-0194 (Dep Ex. 183) | x | | 403 Def.'s MIL B.7 | 11/09/2023 |
| 128 | 12/21/18: Memo to McElvain re 2018-207 (involving numerous IAs re Foster, Libbey and discrimination.) (Dep Ex. 50) | x | | 403 Def.'s MIL B.7 | NO |
| 129 | 12/21/18: NOI to Chief based on Foster discrimination and retaliation complaint (Dep Ex. 99) | x | | 403 Def.'s MIL B.7 | NO |
| 130 | 1/3/19: IA Interview of Musser re retaliation complaint against Ballou for IAC 2018-175 (Dep Ex. 46) | | x | | 11/07/2023 |
| 131 | 1/3/19: Ballou Complaint for Deprivation of Civil Rights (Dep Ex. 206) | x | | 403 | NO |
| 132 | 2/21/19: Skeeter Email re IAC 2017-0061 re Musser(Dep Ex. 174) | x | | 403, 802 | NO |
| 133 | 3/6/19: Bolasina Report re Ballou IA against Trumpf and McElvain (Dep Ex. 27) | x | | 403 | 11/14/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 134 | 3/9/19: Anonymous IA complaint against Ballou for statements in newspaper re lawsuit (Dep Ex. 29) | | | 403, 602, 802 Def.'s MIL D | 11/07/2023 |
| 135 | 3/28/19: Holmes Memo re Ballou Investigation Findings (Dep Ex. 181) | | x | | 11/07/2023 |
| 136 | 3/29/19: King findings to Musser re Retaliation against Skeeter for IA 2017-0062 (Dep Ex. 47) | | x | | 11/07/2023 |
| 137 | 4/2019: Luse notes on IA 2018-180 – Ballou no report: Dep Ex 93) | X | | 613, 802 | 11/16/2023 |
| 138 | 4/15/19: Complaint IAC 2019-0070 (Dep Ex. 188) | X | | 402, 403 | NO |
| 139 | 4/23/19: Kistler Email to Holmes Re Withdrawal of Complaints and Method of Investigation (Dep Ex. 131) | X | | Def.'s MIL F | 11/09/2023 |
| 140 | 4/23/19: Foster Email to Holmes Re Withdrawal of Complaints and Method of Investigation (Dep Ex. 132) | | X | | 11/7/2023 |
| 141 | 5/8/19: Skeeter Office Correspondence re IAC 2018-0175 (Dep Ex. 171 and 44) | x | | 403, 802 | NO |
| 142 | 4/15/19: Luse IA report re Ballou (Dep Ex. 92) | | X | | 11/7/2023 |
| 143 | 5/23/19: Ballou Metadata (Dep Ex. 187) | | | 403, 602, 802, 901 | 11/7/2023 |
| 144 | withdrawn | | | | NO |
| 145 | 6/4/19: Holmes email to Foster Kistler re May 2019 meeting w Holmes. (Dep Ex. 101) | | X | | 11/9/2023 |
| 146 | 6/13/19: Lofton Investigation Report re IAC 2019-0038 (Dep Ex. 186) | x | | 403 Def.'s MIL D | 11/8/2023 |
| 147 | 6/21/19: Luse findings on Musser Dishonesty findings (Dep Ex. 94) | X | | 403 | NO |
| 148 | 7/26/19: Release of Confidential Information IAC 2018-0070 (Dep Ex. 135) | x | | 403 | NO |
| 149 | 7/24/19: Ballou Grievance re IAC 2018-38 (Dep Ex. 162) | X | | 403 | NO |
| 150 | 7/25/19: Hale Interview with McElvain re IAC 2019-0069 (Dep Ex. 207) | X | | 403 | 11/14/2023 |
| 151 | 7/30/19: Foster Email to Holmes re Complaint Withdrawals (Dep Ex. 134) | | X | | 11/07/2023 |
| 152 | 7/31/19: anon complain of Sexist comments by Evans; 2019-0113 (Dep Ex. 39) | | | 402, 403, 602, 802 Def.'s MIL D | 11/09/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 153 | 7/31/19: IAC report 2019-113 (Dep Ex. 88) | X | | 402, 403, 802 Def.'s MIL D | NO |
| 154 | 8/6/19: King Notice of Findings to Ballou in IA 2018-206 re retaliation for Musser's IA 2018-175 (Dep Ex. 45) | | X | | 11/07/2023 |
| 155 | 10/9/19: Hale Investigation Report re IAC 2019-0070 (Dep Ex. 185) | | X | | 11/07/2023 |
| 156 | 11/6/19: Viles and Gomez promoted to Sgt (Dep Ex. 71) | X | | 402, 403 | NO |
| 157 | 2019: Findings by Shayda Le re retaliation complaints by Foster re Hamlin, Libbey, etc. IA 2018-70 and 75 (Dep Ex. 32) | X | | 402, 403 Def.'s MIL 7 | 11/09/2023 |
| 158 | 1/21/20: Foster Email re Michelson Complaint/Memo (Dep Ex. 208) | X | | 402, 403, 802 | NO |
| 159 | 2/7/20: Neal Office Correspondence re IAC 2020-0009 (Dep Ex. 209) | X | | | NO |
| 160 | 2018: Investigation summary for IAC 2018-0115 (Ruder) (Dep Ex. 89) | | X | | 11/7/2023 |
| 161 | 10/7/08: Ballou Assessment (Dep Ex. 192) | | X | | 11/7/2023 withdrawn |
| 162 | 7/7/18: Ballou Diagnosis and Treatment Plan (Dep Ex. 193) | | X | | 11/7/2023 withdrawn |
| 163 | Damages Summary / Stipulation | | | Never Provided LCR 16(h) | NO |
| 164 | Damages documentation | | | Never Provided LCR 16(h) | NO |
| 165 | 2/10/21: Reeves Report | | | 402. 403, 802 Def.'s MIL B.8 | NO |
| 166 | Undated draft of Reeves Report | | | 402. 403, 802 Def.'s MIL B.8 | NO |
| 167 | First Notice of Tort Claim | | X | | 11/07/2023 |
| 168 | Second Notice of Tort Claim | | X | | 11/07/2023 |
| 500 | 2008-077 Notice of Findings (Kistler to Jennings) (COV034627-034628) | | | 401-403 | NO |
| 501 | 2014 Lt Eligibility List (COV003023) | x | | 401-403 | NO |
| 502 | October 2014 CSC Eligibility List for Corporal (COV003024) | x | | 401-403 | NO |
| 503 | July 13, 2015 Letter of Appreciation to Ballou and others from McElvain (COV018268) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 504 | July 23, 2015 Email re Junker promotion ceremony | | x | | 11/07/2023 |
| 505 | IAC 2015-0085 Findings October 26, 2015 (COV024728-33) | x | | 401-403; 805 | NO |
| 506 | IAC 2015-0209 Notice of IA April 6, 2019 | | x | | 11/07/2023 |
| 507 | IAC 2015-0209 Findings re R. Junker | | x | | 11/07/2023 |
| 508 | October 4, 2016 email Ballou to McElvain re Beards [Dep. Ex. 114] | x | | 401-403 | 11/14/2023 |
| 509 | March 21, 2017 email Ballou and Yim, Sweet Factory (COV001836) | | x | | 11/07/2023 |
| 510 | March 21, 2017 email Ballou to VPD Guild re the "other dirty bird" (COV001838, 001838a-001838c) | | x | | 11/07/2023 |
| 511 | April 18, 2017 Ballou Policy Acknowledgement (COV017900) | x | | | 11/15/2023 |
| 512 | April 28, 2017 Letter of Appreciation to Ballou and others from McElvain (COV018266) | | x | | 11/07/2023 |
| 513 | June 25, 2017 letter from J. Singleton re Ballou treatment (DF2 200224) | x | | 401-403: 803-4 | NO |
| 514 | IAC 2017-0027 Findings December 4, 2017 (COV007776-77) | x | | 401-403. | NO |
| 515 | IAC 2017-0115 and IAC 2018-0075 Undetermined letter (COV012294) | | x | | 11/07/2023 |
| 516 | IAC 2017-0125 Personnel Investigation (COV006910-46) | x | | 401-403; 805 | 11/15/2023 |
| 517 | IAC 2017-0125 PSU Summary (COV006910-56) | x | | 401-403 | NO |
| 518 | IAC 2017-0125 Sustained Findings Letter Report Writing O'Meara (COV006672-75) | x | | 401-403 | 11/15/2023 |
| 519 | IAC 2017-0125 Notice of Personnel Action June 1, 2018 (COV006678-81) | x | | 401-403 | 11/20/2023 |
| 520 | Nov. 21, 2017 email re draft 902 policy. Olson to McElvain (COV045649) | x | | 401-403 | NO |
| 521 | February 2, 2018 Pemco policy DP1403905 – Nonrenewal Notice | x | | 401-403; 608 | NO |
| 522 | February 2, 2018 Pemco policy HO1072588 – Nonrenewal Notice | | | 401-403; 608 | NO |
| 523 | March 2, 2018 Ballou Sergeant Mentoring Assignment (COV018289) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 524 | March 5, 2018 Notice re Acting Sergeant Assignment (COV018288) | | x | | 11/07/2023 |
| 525 | April 13, 2018 Hamlin Retirement Notice (COV033372) | x | | 401-403 | NO |
| 526 | April 18, 2018 email McElvain to VPD all re Dumas and Krebs promotions (COV090910) | | x | | 11/07/2023 |
| 527 | April 27, 2018 Ballou completion of Sergeant Mentoring (COV018287) | | x | | 11/07/2023 |
| 528 | May 2, 2018 Letter of Appreciation McElvain to Ballou (COV018264) | | x | | 11/07/2023 |
| 529 | McElvain handwritten notes re Ballou IA (COV035322-23) | | x | | 11/07/2023 |
| 530 | July 10, 2018 Email McElvain to Takach Fw Solutions (Ballou email) | | x | | 11/07/2023 |
| 531 | July 12, 2018 Documentation of Discussion McElvain to Lester (COV035431-33) | | x | | 11/07/2023 |
| 532 | IAC 2018-0027 Notice to Ruder (COV009092-93) | | x | | 11/07/2023 |
| 533 | IAC 2018-0121 Trumpf Response (COV007939-40) | x | | 401-403 802-3 | 11/15/2023 |
| 534 | October 18, 2018 email McElvain to Barton re Promotion Ceremony (COV109504) | | x | | 11/07/2023 |
| 535 | October 18, 2018 email McElvain to VPD re Barton promotion ceremony (COV091519) | | x | | 11/07/2023 |
| 536 | IAC 2018-180 Email notice/exchange Kipp and Ballou October 31, 2018 (DFC 2179) | x | | FRE 401-403 | NO |
| 537 | IAC 2018-180 PSU Summary (COV002807-002836) | | x | | 11/07/2023 |
| 538 | IAC 2018-0180 PSU Supplemental Summary (COV002837) | | x | | 11/07/2023 |
| 539 | March 26, 2019 Luse email to Kipp re IAC 2018-0180 | | x | | 11/07/2023 |
| 540 | IAC 2018-0180 Ballou Interview Transcript Dec. 5, 2018 (COV002747-75) | | x | | 11/07/2023 |
| 541 | IAC 2018-0175 Findings Ltr from T. Ryan to J. Ballou | | x | | 11/07/2023 |
| 542 | Ballou Husband Beater Photo (COV 2534) | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 543 | IAC 2018-0182 Notice of Investigation Social Media (COV007168-71) | | x | | 11/07/2023 |
| 544 | IAC 2018-0182 Notice of Findings to Musser (COV007139-41) | | x | | 11/07/2023 |
| 545 | IAC 2018-0182 [Loudermill Hearing Response Musser to Kipp (COV002841-42) | | x | | 11/07/2023 |
| 546 | Facebook photos found by Ballou (COV002911-13) | | | 401-403 | NO |
| 547 | Notice of Investigation for IAC 2018-0196 to Boynton (COV002947-48) | | x | | 11/07/2023 |
| 548 | Notice of Investigation for IAC 2018-0196 to Hatley (COV 2955-56) | | x | | 11/07/2023 |
| 549 | Notice of Investigation for IAC 2018-0196 to Knotts (COV002960-61) | | x | | 11/07/2023 |
| 550 | IAC 2018-0196 against Boynton Unfounded (COV002916-17) | | x | | 11/07/2023 |
| 551 | IAC 2018-0196 against Hatley Unfounded (COV002918-19) | | x | | 11/07/2023 |
| 552 | IAC 2018-0196 against Knotts Unfounded (COV002914-15) | | x | | 11/07/2023 |
| 553 | IAC 2018-0206 Notice of Investigation to Ballou (Musser complaint Harassment) (COV008985-87) | | x | | 11/07/2023 |
| 554 | IAC 2018-0175 Kipp to Ballou December 8, 2018 [Notice of Investigation for (COV002544-45) | | x | | 11/07/2023 |
| 555 | December 31, 2018 Letter of Appreciation to Ballou from McElvain (COV018284) | | x | | 11/07/2023 |
| 556 | January 10, 2019 email McElvain to Ruder re Promotion (COV109599) | | x | | 11/07/2023 |
| 557 | January 10, 2019 email from McElvain re Ruder promotion (COV099657) | | x | | 11/07/2023 |
| 558 | Redacted January 10, 2019 email J. Young to others attaching summons and complaint (COV 173530-42) | | X – if unredacted | | 11/07/2023 |
| 559 | April 16, 2019 email exchange between McElvain and Ballou re Promotion (Dkt. 42-9) | | x | | 11/07/2023 |
| 560 | IAC 2019-0038 Lofton Investigation Report *subject to motion in limine | | x | | 11/07/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 561 | IAC 2019-0038 Letter of findings Unfounded *subject to motion in limine | | x | | 11/07/2023 |
| 562 | IAC 2019-0070 Notice of findings (COV124624-31) *subject to motion in limine | | | FRE 401-403 | NO |
| 563 | March 17, 2020 McElvain to VPD re A message from the chief *subject to motion in limine | | | FRE 401-403 | NO |
| 564 | IAC 2021-0091 McElvain notice of Investigation *subject to motion in limine | x | | FRE 401-403 | 11/09/2023 |
| 565 | IAC 2021-0091 Hale Investigation Report dated 01-31-2022 *subject to motion in limine | x | | FRE 401-403 | NO |
| 566 | Ballou Text Messages (Excerpts of DFC 3727 / Dep. Ex. 12) | X | | FRE 401-403; \RE 805 | NO |
| 567 | PSU Spreadsheet of IAs (2012-2015) (COV 67568-83) | | | FRE 401-403.; 901 | NO |
| 568 | PSU Spreadsheet of IAs (2016-2019) (COV 67584-629) | | | FRE 401-403;901 | NO |
| 569 | PSU Chart Data (prepared by J. Elliott) (Dkt. 62 at 5-7) | | | FRE 401-403; 901 | NO |
| 570 | City of Vancouver Policy 307 (Harassment) | | | | NO |
| 571 | VPD Code of Ethics (from VPD Policy Manual) | | X | | 11/07/2023 |
| 572 | Julie Ballou Oath of Office (11/15/05) (COV018260) | | x | | 11/07/2023 |
| 573 | Text messages between Plaintiff and Missy Skeeter | X | | | 11/07/2023 |
| 574 | Text messages between Plaintiff and Amy Foster | X | | | 11/07/2023 |
| 575 | Text messages between Plaintiff and Ryan Junker | X | | | 11/07/2023 |
| 576 | Text messages between Plaintiff and Thomas DeMarco | X | | | 11/07/2023 |
| 577 | Text messages between Plaintiff and Patrick Kennedy | X | | | 11/08/2023 |
| 578 | Text messages between Plaintiff and Sharon Ricks, Beth Graves, Brandy Ostrom | X | | | 11/08/2023 |
| 579 | Text messages between Plaintiff and Michael Maini | X | | | 11/08/2023 |

| Exh | Description | Auth | Admiss | Obj | Admitted |
|-----|-------------|------|--------|-----|----------|
| 580 | Text messages between Plaintiff and Zachary Ripp | X | | | 11/07/2023 |
| 581 | Findings Letter re IAC 2018-0175 | | | | NO |
| 582 | Transcript of Miranda Skeeter Interview | | | | NO |
| 583 | List of stolen items made by husband of Jan Adkins-Pont | | | | NO |
| 584 | Tally of promotions | | | | NO |
| 585 | 8/27/2016 Email from Julie Ballou | | | | NO |