UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES MCELVAIN, PH.D., in his individual and representative capacity; and CITY OF VANCOUVER, a municipal corporation,<br><br>    Defendants. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. 3:19-cv-05002-DGE |

**XX** **JURY VERDICT.**  This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___ **DECIDED BY THE COURT.**  This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  The Jury found in favor of Defendants against Plaintiff as to all discrimination claims. The Jury found in favor of Plaintiff against Defendant City of Vancouver as to Title VII and WLAD retaliation claims and in favor of Defendant James McElvain against Plaintiff as to First Amendment retaliation claim.

Judgment

1 | The Jury found in favor of Plaintiff against Defendant City of Vancouver for denying Plaintiff promotion in January 2019 and awards $5,456.20 for non-economic damages.

Dated this 22nd day of November 2023.

Ravi Subramanian
Clerk of Court

_Gretchen C Craft_
_____
Gretchen Craft
Deputy Clerk

Judgment