Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES McELVAIN, P.H.D., in his individual and representative capacity; and CITY OF VANCOUVER, a municipal corporation,<br><br>　　　　Defendants. | No. 3:19-cv-05002-DGE<br><br>ORDER GRANTING CITY DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

Defendant City of Vancouver's motion for leave to file an overlength brief is GRANTED. Defendant is granted an additional 800 words to respond to Plaintiff's Motion for Attorney Fees (Dkt. 215), meaning the brief may be 5,000 words or less. Plaintiff's reply brief, if any, may include an additional 400 words for a total of 2,500 words. LCR 7(e)(4), (f)(4).

**IT IS SO ORDERED.**

DATED this 3rd day of June 2024.

_David G. Estudillo_
David G. Estudillo

ORDER - 1
(W.D. Wash. Cause No. 3:19-cv-05002-DGE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

United States District Judge

ORDER - 2
(W.D. Wash. Cause No. 3:19-cv-05002-DGE)

1  Presented by:

2  CITY ATTORNEY'S OFFICE
   VANCOUVER, WASHINGTON
3

   By:     /s/ Daniel G. Lloyd
4          Daniel G. Lloyd, WSBA No. 34221
           Assistant City Attorney
5          Attorney for Defendants
           PO Box 1995
6          Vancouver, WA 98668-1995
           **Tel:** 360.487.8500; **Fax:** 360.487.8501
7          dan.lloyd@cityofvancouver.us

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 3
(W.D. Wash. Cause No. 3:19-cv-05002-DGE)