Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>      Plaintiff,<br><br>  vs.<br><br>JAMES McELVAIN, P.H.D., in his individual and representative capacity; and CITY OF VANCOUVER, a municipal corporation,<br><br>      Defendants. | No. 3:19-cv-05002-DGE<br><br>DEFENDANT CITY OF VANCOUVER'S MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY<br><br>**NOTE ON MOTION CALENDAR**: August 7, 2024<br><br>Without oral argument |

Defendant City of Vancouver moves this Court for an order under Federal Rule of Civil Procedure 67 granting leave to deposit into the Court's registry the sum of $630,016.10, the amount ordered by the Court to be paid as costs and attorneys' fees owing to Plaintiff. (*See* Dkts. 225, 238.) No other amounts are outstanding. (*See* Dkt. 236.)

This protocol halts the accrual of any post-judgment interest. *Shaver Transp. Co. v. Chamberlain*, 399 F.2d 893, 895 (9th Cir. 1968) (noting party's right to "pa[y] the amount of judgment into the court pursuant to Rule 67" and do so "in order to halt running of interest"); *see also Kotsopoulos v. Asturia Shipping Co., S. A.*, 467 F.2d 91, 94 (2d Cir. 1972) (noting ability to "by leave of Court, pay the money into the registry of the Court and stop the running of interest") (citing *Shaver*, 399 F.2d at 895); *Putz v. Golden,* No. C10-0741JLR, 2012 U.S. Dist. LEXIS 154240, at *14 (W.D. Wash. Oct. 26, 2012) (citing *Kostopoulos* and granting request to deposit

DEF. CITY OF VANCOUVER'S MOT. FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY - 1
(W.D. Wash. Cause No. 3:19-cv-05002-DGE)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

funds into court registry to halt accrual of postjudgment interest). The Ninth Circuit has noted that "liability for interest would … cease[]" when a party deposits the amount of a judgment with the Court's permission. *Bank of China v. Wells Fargo Bank & Union Tr. Co.*, 209 F.2d 467, 473 (9th Cir. 1953), *cited and followed in Putz*, 2012 U.S. Dist. LEXIS 154240, at *13-14.

Defendant City of Vancouver seeks the same leave as was granted to the Defendants in *Putz*. The Court should grant this motion. FRCP 67(a). A proposed order is submitted herewith.

DATED on July 17, 2024.

          CITY ATTORNEY'S OFFICE
          VANCOUVER, WASHINGTON

By: /s/ Daniel G. Lloyd
Daniel G. Lloyd, WSBA No. 34221
Sara Baynard-Cooke, WSBA No. 35697
Assistant City Attorney
Attorney for Defendants
PO Box 1995
Vancouver, WA 98668-1995
**Tel:** 360.487.8500; **Fax:** 360.487.8501
dan.lloyd@cityofvancouver.us
sara.baynard-cooke@cityofvancouver.us

*I certify that this memorandum contains 267 words, in compliance with the Local Civil Rules.*

DEF. CITY OF VANCOUVER'S MOT. FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY - 2
(W.D. Wash. Cause No. 3:19-cv-05002-DGE)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501