Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES McELVAIN, P.H.D., in his individual and representative capacity; and CITY OF VANCOUVER, a municipal corporation,<br><br>    Defendants. | No. 3:19-cv-05002-DGE<br><br>NOTICE OF APPEAL |

Notice is hereby given that Defendant City of Vancouver appeals to the United States Court of Appeals for the Ninth Circuit this Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney Fees, dated July 1, 2024. (Dkt. 238.)

DATED on July 22, 2024.

CITY ATTORNEY'S OFFICE
VANCOUVER, WASHINGTON

By:	/s/ Daniel G. Lloyd
    Daniel G. Lloyd, WSBA No. 34221
    Sara Baynard-Cooke, WSBA No. 35697
    Assistant City Attorneys
    Attorneys for Defendants
    PO Box 1995
    Vancouver, WA 98668-1995
    **Tel:** 360.487.8500; **Fax:** 360.487.8501
    dan.lloyd@cityofvancouver.us
    sara.baynard-cooke@cityofvancouver.us

NOTICE OF APPEAL - 1
(W.D. Wash. Cause No. 3:19-cv-05002-DGE

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501